## SALT v. APPLIED ANALYTICAL, INC.

No. 35P92

Case below: 104 N.C.App. 652

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 4 March 1992.

## STATE v. BRADDOCK

No. 539P91

Case below: 104 N.C.App. 554

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

## STATE v. BUTLER

No. 31P92

Case below: 104 N.C.App. 804

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

## STATE v. CLAYTON

No. 16P92

Case below: 101 N.C.App. 575

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 March 1992. Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 March 1992.

## STATE v. CORNELIUS

No. 10P92

Case below: 104 N.C.App. 583

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.